# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00073-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

BUREAU OF PRISONS,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Timothy Doyle Young, is in the custody of the Federal Bureau of Prisons and currently is incarcerated at ADX in Florence, Colorado.  Plaintiff has submitted a Civil Complaint.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X   is not submitted (must use 10/1/13 revised form)
(2)   ___   is missing affidavit
(3)   X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing **certified** statement showing current balance in prison account
(5)   ___   is missing required financial information

(6)  X   is missing authorization to calculate and disburse filing fee payments
(7)  __   is missing an original signature by the prisoner
(8)  __   is not on proper form (must use the court's 10/1/12 revised form)
(9)  __   names in caption do not match names in caption of complaint, petition or habeas application
(10) __   other:

**Complaint, Petition or Application**:
(11) __   is not submitted
(12)  X   is not on proper form (must use the Court's current form)
(13) __   is missing an original signature by the prisoner
(14) __   is missing page nos. __
(15) __   uses et al. instead of listing all parties in caption
(16) __   names in caption do not match names in text
(17) __   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that the Clerk of the Court is directed to send to Plaintiff the Court-approved forms used in filing a Prisoner Complaint and submitting a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that the Warden at Plaintiff's prison facility, or an appointed staff member, provide to the Court, **within twenty-one days of the date of this Order**, a certified trust fund account statement for the six months immediately preceding the filing of this action, and if normally required by the BOP assess Plaintiff the cost of providing a certified account statement to the Court. It is

FURTHER ORDERED that the Clerk of the Court shall send to the Warden for the ADX facility at Florence, Colorado, a copy of this Order, and attach a copy of the Civil Complaint, ECF No.1, for proof that Plaintiff has authorized the Court to obtain a

copy of his account statement.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED January 9, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge