**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00073-BNB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On March 20, 2014, Defendant filed a Motion for Leave to File Out of Time, ECF No. 16.  The Motion is granted.  Defendant shall have up to and including March 24, 2014, to respond to the March 3, 2014 Order, and Plaintiff shall have fourteen days from March 24, 2014, to reply if he desires.

Dated:  March 21, 2014